UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

ALAIN NEZIUS

CASE NO. 6:18-cr-263 orl 18 KRS
18 U.S.C. § 1542
18 U.S.C. § 1544
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1015(e)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about April 13, 2018, in the Middle District of Florida, the defendant,

### ALAIN NEZIUS,

did willfully and knowingly make a false statement in an application for passport, Form DS-82, with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that his name was J.N., and that his date of birth was xx/xx/1986, when in truth and in fact, as the defendant then and there well knew, J.N. was not his true name, and xx/xx/1986 was not his true date of birth.

In violation of 18 U.S.C. § 1542.

## COUNT TWO

On or about April 13, 2018, in the Middle District of Florida, the defendant,

ALAIN NEZIUS,

did knowingly and willfully use and attempt to use a United States passport issued and designed for the use of another, in that the defendant did present the United States passport of J.N. to the National Passport Center in an attempt to secure the issuance of a United States passport for himself.

In violation of 18 U.S.C. § 1544.

## COUNT THREE

On or about April 13, 2018, in the Middle District of Florida, the defendant,

ALAIN NEZIUS,

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, the name and date of birth of J.N., during and in relation to a felony violation of making a false statement in an application for a United States Passport, in violation of 18 U.S.C. § 1542, as charged in Count One of this Indictment, knowing that such means of identification belonged to an actual person.

2

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT FOUR

On or about April 3, 2018, in the Middle District of Florida, the defendant,

ALAIN NEZIUS,

did knowingly make a false statement and claim that he was a citizen and national of the United States with the intent to obtain a Florida driver's license, a Florida state benefit, by utilizing the identity information of another person, that is a social security number xxx-xx-0133.

In violation of 18 U.S.C. § 1015(e).

## FORFEITURES

1.     The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(6).

2.     Upon conviction of a violation of 18 U.S.C. §§ 1542 or 1544, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

    a.     Any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

3

b.      Any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

c.      Any property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

3.      If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Brandon Bayliss
Special Assistant United States Attorney

By: _____
Sara C. Sweeney
Assistant United States Attorney
Deputy Chief, Orlando Division

5

FORM OBD-34
APR 1991                                    No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## ALAIN NEZIUS

### INDICTMENT

Violations:

18 U.S.C. § 1542
18 U.S.C. § 1544
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1015(e)

A true bill,

_____
Foreperson

Filed in open court this 29th day

of November, 2018.

_____
Clerk

Bail  $_____

GPO 863 525